# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SPIRAL DYNAMICS GROUP, INC. | § § | |
| V. | § § | CASE NO. 4:06CV188 (Judge Schneider /Judge Bush) |
| CHRIS COWAN, d/b/a NVC CONSULTING | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On August 24, 2006, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Plaintiff's Motion to Remand be GRANTED and that the above titled and numbered cause of action be REMANDED to the 211th District Court of Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the above titled and numbered cause of action be REMANDED to the 211th Judicial District Court of Denton County, Texas.

**SIGNED this 18th day of September, 2006.**

*/s/ Michael Schneider*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE